# UNITED STATES DISTRICT COURT
## Middle District of Alabama

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>NATASHA R. KNIGHT | **Judgment in a Criminal Case**<br>(For Revocation of Probation or Supervised Release)<br><br>Case No. 3:11cr153-01-WKW<br>USM No. 13645-002<br><br>Cecilia Vaca<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)    1    of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Register as a Sex Offender | 12/08/2016 |

The defendant is sentenced as provided in pages 2 through   4   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s)   2 and 3   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in

Last Four Digits of Defendant's Soc. Sec. No.: 1792

Defendant's Year of Birth: 1981

City and State of Defendant's Residence: _____

02/27/2018
Date of Imposition of Judgment

_Signature of Judge_

W. KEITH WATKINS, CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

Feb 28, 2018
Date

DEFENDANT: NATASHA R. KNIGHT
CASE NUMBER: 3:11cr153-01-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

120 days.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: NATASHA R. KNIGHT
CASE NUMBER: 3:11cr153-01-WKW

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

5 years.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

## SPECIAL CONDITIONS OF SUPERVISION

Defendant shall participate in the Location Monitoring Program and shall comply with the conditions of home detention which will be monitored by a location monitoring system as determined by the probation officer, for a period of 6 months. After the six months, your probation officer has the discretion to reinstall or remove the device during the remaining period of supervision. Defendant shall wear a location monitoring device(s) and follow the monitoring procedures specified by his probation officer. Defendant shall pay all costs of the program based upon his ability to pay as determined by the U.S. Probation Officer at the prevailing rate.

You shall participate in a program approved by the United States Probation Office for substance abuse, which will include drug testing to determine whether you have reverted to the use of drugs. You shall contribute to the cost of any treatment based on ability to pay and the availability of third-party payments.

Defendant shall participate in a program approved by the United States Probation Office for mental health treatment as well as for treatment and monitoring of sex offenders, to include polygraph testing if determined necessary by the treatment provider or the supervising probation officer.

Defendant shall have no unsupervised contact with children under the age of 18, and shall refrain from entering into any place where children normally congregate, without the written approval of the court.

Defendant shall submit his person, and any property, house, residence, vehicle, papers, computer, or other electronic communications or data storage devices or media, and effects to search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning unlawful conduct or a violation of a condition of probation or supervised release, and by any probation officer in the lawful discharge of the officer's supervision functions.